IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:17CR0526 RLW/DDN ) |
| JAMES FLANNEL, | ) ) |
| Defendant. | ) ) |

### MOTION TO CONTINUE FILING OF PRETRIAL MOTIONS

Comes now Defendant James Flannel through his attorney, Assistant Federal Public Defender Michelle Monahan, and moves the Court to continue the previous date to file pretrial motions. In support of this request Counsel submits the following:

1. On August 9, 2018, companion cause number 4:18CR0590 ERW was designated as a complex case within the meaning of Section 3161(h)(7)(B)(ii).

2. Defendant was superseded for a second time in the above captioned case on September 19, 2019.

3. Discovery is ongoing in the above case.  Counsel requests time to review and analyze said discovery and complete investigation.

4. Counsel's time is significantly limited due to the change in the US Marshal policy regarding client visitation.  A reason for additional time is to allow counsel to have substantive in person meetings with Mr. Flannel.

5. There are outcome determinative matters that warrant discussion with Mr. Flannel prior to making a decision on which pretrial motions to file.  Discussions with the Government

may preclude the need for pretrial motions. These matters require additional time to speak with the defendant and the Government. Litigating pretrial motions can impact receipt of points for acceptance of responsibility.

6. The Government has no objection to this request.

7. Counsel is acting as expeditiously as possible. A continuance of the pretrial motion filing date is in the interest of justice to allowing a reasonable amount of time for counsel to be properly and effectively prepared pursuant to 18 U.S.C. Section 3161.

WHEREFORE, Counsel requests a continuance of the filing of pretrial motions. If the Court is inclined to grant said request, Counsel asks for a continuance of six weeks from March 11, 2020

Respectfully submitted,

/s/ Michelle Monahan
MICHELLE MONAHAN
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: michelle_monahan@fd.org
ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Thomas Rea, Assistant United States Attorney.

/s/ Michelle Monahan
MICHELLE MONAHAN

Case: 4:17-cr-00526-RLW-DDN   Doc. #:  254   Filed: 03/11/20   Page: 3 of 3 PageID #: 842